Bar Docket No. 4792

*In re* JOHN WILBUR SOWERS, voluntary surrender of his certificate to practice law in the State of Kansas

(625 P.2d 1)

On March 18, 1981, JOHN WILBUR SOWERS voluntarily surrendered his certificate admitting him to practice law in the courts of the State of Kansas, and it is BY ORDER OF THE COURT CONSIDERED AND ACCEPTED.

The Clerk of this Court is ORDERED AND DIRECTED to mark the certificate VOID and to STRIKE John Wilbur Sower's name from the roll of attorneys.

Dated at Topeka, Kansas, this 20th day of March, 1981.